UST-3 PHX/PCT/FLG, 4-01

DIANE M. MANN
29834 N. CAVE CREEK RD., #118-274
CAVE CREEK, AZ 85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BROWER, DAVID ALLEN<br>BROWER, SHERRY LYNN<br><br>                Debtor(s) | CHAPTER 7<br><br>Case No. 09-02569-PHX-GBN<br><br>NOTICE OF TRUSTEE'S INTENT<br>TO ABANDON PROPERTY |

NOTICE IS GIVEN that DIANE M. MANN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate: ILX Resort, Inc timeshare and Premier Vacation Club timeshare.

Any person opposing the abandonment shall file a written objection and request for a hearing within 20 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, US BANKRUPTCY COURT, CLERK, 230 N. FIRST AVE., STE 101, PHOENIX, AZ 85003. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: DIANE M. MANN, 29834 N. CAVE CREEK RD., #118-274, CAVE CREEK, AZ 85331
ATTORNEY FOR TRUSTEE: ADAM B. NACH, ESQ., LANE & NACH, P.C., 2025 N. THIRD ST., STE 157, PHOENIX, AZ 85004

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

November 13, 2009                          /s/_____
    DATE                                        DIANE M. MANN, Trustee